UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                          Case No. 11-CR-195

RICHARD J SECHRIST, JR,

        Defendant.

**ORDER DENYING MOTION TO WITHDRAW PLEA**

Defendant in the above matter has filed a motion to withdraw his plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The motion fails to state any reason, let alone a "fair and just reason" to withdraw the plea. Absent any allegation or indication in the motion of the basis for the Court to make such finding, there is no need to conduct an evidentiary hearing. Accordingly, the motion is denied.

**SO ORDERED** this __5th__ day of December, 2011.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge